

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 19, 2022

**BY ECF**

Application GRANTED.  Conference is adjourned to October 13, 2022
at 12 PM in Courtroom 11D.  Time is excluded under the Speedy Trial
Act until October 13, 2022 for the reasons set forth in this government
letter dated August 19, 2022.

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED.
Date: 8/19/2022

P. Kevin Castel
United States District Judge

Re:     *United States v. Garry Chapple*, 22 Cr. 299 (PKC)

Dear Judge Castel,

    The Government writes to request an adjournment of the status conference scheduled for September 7, 2022 at 2 p.m., in the above referenced matter. The parties need additional time to review discovery and to discuss a possible resolution of this matter. An adjournment will allow the parties to continue and finalize these discussions.  Accordingly, the Government requests that the conference be adjourned for thirty days. The defense consents to this request.

    Should the Court grant this request, the Government further request that time be excluded under the Speedy Trial Act from September 7, 2022 until the date of the next-scheduled conference.  The Government respectfully submits that the proposed exclusion would be in the interest of justice as it would allow the parties to continue negotiations.

                  Respectfully submitted,

                  DAMIAN WILLIAMS
                  United States Attorney

        by:    Camille L. Fletcher
             Camille L. Fletcher
             Assistant United States Attorney
             Southern District of New York
             (212) 637-2383

cc: Mark Gombiner, Esq. (via ECF)