U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 27, 2022

**BY ECF**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application Granted. Upon the application of the government, consented to by defense counsel, the conference previously scheduled on November 1, 2022 is adjourned to January 4, 2023 at 3:00 p.m. in Courtroom 11D. Time is excluded under the speedy trial act until 1/4/2023 for the reasons set forth in the government letter dated October 27, 2023.
> SO ORDERED.
> Dated: October 27, 2022
>
> *[signature]*
> P. Kevin Castel
> United States District Judge

Re:   *United States v. Garry Chapple*, 22 Cr. 299 (PKC)

Dear Judge Castel,

The parties write to request a forty-five day adjournment of the status conference scheduled for November 1, 2022 at noon in the above referenced matter. The parties need additional time to review discovery and to discuss a possible resolution of this matter. An adjournment will allow the parties to continue and finalize these discussions. Further, both the undersigned and defense counsel are appearing at a *Fatico* hearing and sentencing before the Hon. Ronnie Abrams on November 1, 2022 at 10:00 a.m. Those proceedings are expected to last into the afternoon and therefore, neither counsel will be available to appear in this matter on noon that day.

Should the Court grant this request, the Government further request that time be excluded under the Speedy Trial Act from November 1, 2022 until the date of the next-scheduled conference. The Government respectfully submits that the proposed exclusion would be in the interest of justice as it would allow the parties to continue negotiations. The defense consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   Camille L. Fletcher
Camille L. Fletcher
Assistant United States Attorney
Southern District of New York
(212) 637-2383

cc: Mark Gombiner, Esq. (via ECF)