UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                          22 CR 299 (PKC)

        -against-                                              ORDER

GARRY CHAPPLE,

                           Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of defense counsel, consented to by the government, the pretrial conference previously scheduled for February 23, 2023, is adjourned until March 2, 2023 at 12:00 p.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed to permit the parties to continue plea negotiations and to accommodate defense counsel's calendar.  Accordingly, the time between today and March 2, 2023 is excluded.

        SO ORDERED.

                                                                          P. Kevin Castel
                                                          United States District Judge

Dated: New York, New York
            February 16, 2023