UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                  22 CR 299 (PKC)

   -against-              ORDER

GARRY CHAPPLE,

       Defendant.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

   Plea scheduled for April 20, 203 is adjourned to April 27, 2023 at 12:15 p.m. in Courtroom 11D.

   SO ORDERED.

                   _____
                      P. Kevin Castel
                    United States District Judge

Dated: New York, New York
    April 13, 2023