UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    22 CR 299 (PKC)

      -against-                                              ORDER

GARRY CHAPPLE,

                          Defendant.
------------------------------------------------------------x
CASTEL, U.S.D.J.

        Plea originally scheduled for April 20, 2023 is adjourned to April 27, 2023 at 12:15 p.m. in Courtroom 11D.  A continuance is necessary to accommodate the Court's schedule.  Time is excluded under the Speedy Trial Act until April 27, 2023.

        SO ORDERED.

Dated: New York, New York
       April 19, 2023

                                                  P. Kevin Castel
                                         United States District Judge