UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                  22 CR 299 (PKC)

        -against-                                                  <u>ORDER</u>

GARRY CHAPPLE,

                                  Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        The plea hearing scheduled for May 12, 2023 is being moved up to May 11, 2023 at 10:30 a.m. in Courtroom 11D.

        SO ORDERED.

                                                               *P. Kevin Castel*
                                                               United States District Judge

Dated: New York, New York
       April 27, 2023